UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PASTOR AND AMANDA JAIMES, ) | |
| ) | |
| Plaintiffs ) | Case No. 1:23-cv-00300 |
| ) | |
| v. ) | |
| ) | |
| MAZDA NORTH AMERICAN OPERATIONS ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT**

On this day the Court considered the Plaintiffs Pastor & Amanda Jaimes' Stipulation to Remand Case to State Court. The Court, having considered the Stipulation, is of the opinion that the Stipulation should be **GRANTED**. Accordingly:

It is hereby ORDERED that the Stipulation to Remand Case to State Court is GRANTED. The Clerk is directed to **REMAND** the case to the state of Texas, Hays County Clerk's office and to **CLOSE** this case.

SIGNED this the 8th day of June, 2023.

_____
David Alan Ezra
Senior U.S. District Judge

1